UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARTIN RAY ROUSE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No.: 3:23-CV-108-TAV-JEM |
| | ) |
| HANCOCK COUNTY JAIL and | ) |
| BRAD BREWER, | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Petitioner's federal habeas petition under 28 U.S.C. § 2254 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and all pending motions are **DENIED**. A certificate of appealability from this decision is **DENIED**.

Further, because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   LeAnna R. Wilson
   CLERK OF COURT